THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Michael
 Eckweiler, Appellant.
 
 
 

Appeal From Richland County
   James R. Barber, III, Circuit Court
Judge

Unpublished Opinion No.  2008-UP-411
 Submitted July 1, 2008  Filed July 18,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: John
 Michael Eckweiler appeals his guilty plea
 to assault and battery with intent to kill and forgery.  He maintains his
 guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  Specifically, Eckweiler maintains he did not
 meaningfully waive his rights.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Eckweilers appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
 HEARN, C.J.,
CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.